IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Andersons, Inc.,          Case No. 3:12 CV 492

       Plaintiff,          **VERDICT FOR DEFENDANT**

  -vs-                  JUDGE JACK ZOUHARY

Shepherd Specialty Papers, Inc.,

       Defendant.

We, the jury, duly impaneled and sworn, find in favor of Defendant Shepherd Specialty Papers, Inc..

**ALL JURORS MUST CONFIRM THEIR AGREEMENT BY SIGNING BELOW.**