IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Andersons, Inc., | Case No. 3:12 CV 492 |
| Plaintiff, | J U D G M E N T |
| -vs- | JUDGE JACK ZOUHARY |
| Shepherd Specialty Papers, Inc., | |
| Defendant. | |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

The jury finds in favor of Defendant Shepherd Specialty Papers, Inc. and against Plaintiff The Andersons, Inc.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 28, 2014